In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**09-19-00189-CR**

_____

**TERRYAUN LAMAR RODGERS**

**V.**

**THE STATE OF TEXAS**

_____

**On Appeal from the 114th District Court**
**Smith County, Texas**
**Trial Cause No. 114-0449-17**

_____

**ORDER**

The clerk's record in the above styled and numbered cause was filed June 14, 2019. The reporter's record was filed September 11, 2019. On October 14, 2019, the appellant's retained attorney, Curtis Lilly, was notified by written notice that although the brief of the appellant was due Thursday, October 11, 2019, no brief had been filed. Our notice stated that appellant's brief and motion for extension of time to file the brief must be filed by October 24, 2019 or this Court

would enter an order requiring the trial court to conduct a hearing to determine why the brief has not been timely filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(a)(1). If the appellant is not incarcerated, but fails to appear at the hearing after having been notified to do so, or after reasonable attempts to notify him have been made, then the trial court may enter a finding that appellant no longer desires to pursue the appeal and forward said finding to this Court. *See* Tex. R. App. P. 38.8(b)(4). If the appellant is present for the hearing, we direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether retained counsel has abandoned the appeal. If the trial court determines that retained counsel has abandoned the appeal, the trial court shall determine whether appellant is indigent and whether counsel should be appointed for the appeal.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The supplemental reporter's

record and the supplemental clerk's record are to be filed on or before December 5, 2019.

ORDER ENTERED November 5, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.